**Order entered June 2, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-01284-CR**
**No. 05-15-01285-CR**

**LATOYA DENISE MCMULLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-24837-U & F14-24545-U**

## ORDER

Appellant has informed the Court that she wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Bruce C. Kaye to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Kaye to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **August 12, 2016**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, Official Court Reporter, 291st

Judicial District Court, Felicia Pitre, Dallas County District Clerk; Bruce C. Kaye; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Latoya Denise McMullen, TDCJ No. 15051466, Dallas County Jail, Kays Tower 4-H, PO Box 660334, Dallas, TX 75266-0334.

.

/s/    LANA MYERS
        JUSTICE